THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES R. STOCKWELL SR. and LILY STOCKWELL, and the marital community comprised thereof,<br><br>Plaintiffs,<br>v.<br><br>PORT OF SEATTLE, *et al.*,<br><br>Defendants. | CASE NO. C16-0483-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff Lily Stockwell's motion to substitute party (Dkt. No. 15). Plaintiff seeks to substitute the Estate of Charles Stockwell, Sr., with Lily Stockwell, personal representative and administrator of the Estate, as the successor to deceased Plaintiff Charles Stockwell, Sr. (*Id.* at 1.) Plaintiff further seeks to file an amended complaint reflecting this substitution. (*Id.*) There is no opposition to the motion. The Court construes this as "an admission that the motion has merit." See W.D. Wash. Local Civ. R. 7(b)(2).

The motion to substitute (Dkt. No. 15) is GRANTED. The parties shall be substituted as requested. Plaintiff shall file an amended complaint reflecting this change within 14 days of this order.

DATED this 26th day of April 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER C16-0483-JCC
PAGE - 2