1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

15

| | |
|---|---|
| CHARLES R. STOCKWELL SR. and LILY STOCKWELL, and the marital community comprised thereof, | CASE NO. C16-0483-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| PORT OF SEATTLE, *et al.*, | |
| Defendants. | |

16

17

18

19

20

21

22

23

24

25

26

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to amend the case schedule (Dkt. No. 23). The parties seek to continue the mediation deadline from March 24, 2017 to August 31, 2017, and to continue the discovery deadline from July 2, 2017 to July 21, 2017. (*Id.* at 1.) The motion (Dkt. No. 23) is GRANTED. This extension does not impact any other deadline set by this Court, including the dispositive motion filing deadline, which remains 90 days before trial. (*See* Dkt. No. 10.)

//

//

//

1      DATED this 24th day of May 2017.

2                                          William M. McCool
                                           Clerk of Court
3
                                           s/Paula McNabb
4                                          Deputy Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26