UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES R. STOCKWELL SR. and LILY STOCKWELL, and the marital community comprised thereof,<br><br>Plaintiffs,<br><br>v.<br><br>THE PORT OF SEATTLE, *et al.*,<br><br>Defendants. | CASE NO. C16-483-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the court on the parties' stipulated motion to dismiss all Plaintiff's claims against Defendant (Dkt. No. 32). The Court therefore ORDERS that Plaintiffs' claims against all named Defendants are DISMISSED with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

DATED this 18th day of September.

    William M. McCool
    Clerk of Court

    s/Tomas Hernandez
    Deputy Clerk